| | | | | |
|---|---|---|---|---|
| Helton v. Helton ............... | 60A05–1609–DR–2202 · | 06/23/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Holman v. State ............... | 49A04–1701–CR–84 | 06/23/2017 | BROWN, J.<br>MAY, J,<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Waldron v. State .............. | 35A02–1701–CR–122 | 06/23/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Sanchez v. Sphire ............. | 13A01–1610–PL–2407 | 06/23/2017 | NAJAM, J.<br><br>RILEY, J.<br>BRADFORD, J. | Reversed in part, affirmed in part.<br>Concurs<br>Concurs |
| S.B., Matter of ................ | 49A05–1701–JC–166 | 06/23/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Dismissed<br>Concurs<br>Concurs |
| J.M., Matter of ................ | 26A04–1702–JT–426 | 06/23/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Wells v. State ................. | 29A05–1610–CR–2273 | 06/23/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Adams v. State ................ | 71A05–1611–CR–2659 | 06/23/2017 | NAJAM, J.<br>RILEY, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Campbell v. State .............. | 91A05–1606–CR–1521 | 06/23/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Ani–Obot v. State ............. | 45A05–1701–CR–8 | 06/23/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Kage v. State ................. | 76A04–1611–CR–2616 | 06/23/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| B.A.J., Matter of Adoption of ..... | 29A05–1701–AD–110 | 06/23/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |